THE UNITED STATES DISTRICT COURT
THE DISTRICT OF UTAH

| | |
|---|---|
| GEORGE L. CROCKER,<br><br>               Plaintiff,<br><br>v.<br><br>DIXIE APPLIED TECHNOLOGY COLLEGE,<br><br>               Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:19-cv-00107-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of Defendant Dixie Applied Technology College. Plaintiff's Complaint[1] and this action are DISMISSED with prejudice.

Signed May 17, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[1] Docket no. 3, filed Dec. 30, 2019.